# EXHIBIT A

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY**

# *BUS OPERATIONS RULES AND REGULATIONS MANUAL*

***For the Government of SEPTA Bus Operations Personnel***

# *AUTHORITY*

# *STANDARD*

# *RULES*

THIS PAGE

INTENTIONALLY

BLANK

## TABLE OF CONTENTS


ASR-1 Safety Requirement .......... ASR-5
ASR-2. Acceptance of Employment With the Authority .......... ASR-5
A. Responsibility for Compliance .......... ASR-5
B. Responsibility to Have and Maintain Valid State Driver's License .......... ASR-6
C. Equipment Qualification .......... ASR-6
ASR-3. Knowledge of Rules and Special Instructions / Qualification .......... ASR-7
A. General .......... ASR-7
B. Authority Discipline .......... ASR-7
ASR-4. Fitness for Duty .......... ASR-7
A. Employee Injuries/Sickness .......... ASR-7
B. Policies on Drugs and Alcohol .......... ASR-8
C. Medical Examinations .......... ASR-9
D. Accident/Injury Prone Employees .......... ASR-9
E. Corrective Lenses .......... ASR-10
ASR-5. Reporting for Work .......... ASR-10
A. General .......... ASR-10
B. Change of Address, Telephone Number or Name .......... ASR-11
C. Returning to Work After Extended Absence .......... ASR-11
ASR-6. Standard Time, Standard Clocks, Correct Time .......... ASR-11
ASR-7. Personal Conduct .......... ASR-12
ASR-8. Personal Appearance .......... ASR-12
A. General .......... ASR-12
B. Personal Protective Equipment .......... ASR-13
C. Sunglasses .......... ASR-13
ASR-9. Prohibited Behavior/Activities .......... ASR-13
A. General .......... ASR-13
B. Cell Phones and Other Electronic Devices .......... ASR-15
C. Unauthorized Use of Authority Property, Name and Logo .......... ASR-16
D. Vandalism .......... ASR-16
E. Misuse/Abuse of Authority Benefits/ Wages .......... ASR-16
F. Tampering .......... ASR-17
G. Unauthorized Persons .......... ASR-17
H. Smoking / The Use Of Tobacco .......... ASR-18
I. Eating and Drinking on Authority Vehicles .......... ASR-18
J. Unauthorized Absence from Assigned Work Area .......... ASR-19
ASR-10. Conduct Toward Public .......... ASR-19
A. General .......... ASR-19
B. Compliance With "ADA" Regulations .......... ASR-20
C. Animals on Revenue Vehicles .......... ASR-20
ASR-11. Reporting Unusual Conditions .......... ASR-21

ASR-12. Accidents/Incidents ........................ ASR-21
A. General ........................................... ASR-21
B. Accident Prevention Responsibilities ............................ ASR-21
C. Accident/Incident Reporting Responsibilities ............................ ASR-22
D. Operators Involved In or Witnessing An Accident ................ ASR-23
E. Operators Coming Upon Scene of an Accident .................. ASR-24
ASR-13. Preparing and Submitting Reports . ASR-25
ASR-14. Release of Information - Procedures for Employees ........... ASR-25
ASR-15. Proper Tools, Equipment, Materials and Publications ............ ASR-26
A. General ........................................... ASR-26
B. Requirement to Carry Operations Manual ........................ ASR-26
C. SEPTA Employee Pass .................. ASR-26
ASR-16. Responsibility for Authority Property and Funds ...................................... ASR-27
ASR-17. Employee Transportation Privileges ASR-27
ASR-18. Use of Seat Belts .......................... ASR-27
ASR-19. Court Appearances ....................... ASR-28
A. General ........................................... ASR-28
B. Summons for Motor Vehicle Code Violations ............................ ASR-28
ASR-20. Care of Vehicles / Maintaining Workplace .................. ASR-29
A. Care of Vehicles ............................ ASR-29
B. Work Areas and Operating Compartments ................................ ASR-29
C. Lockers ........................................... ASR-29
D. Taking Charge / Control of Vehicles ASR-30
ASR-21. Prohibited Articles on Authority Vehicles ........................ ASR-30
ASR-22. Parking on Authority Property ........ ASR-30
ASR-23. Termination of Employment ............ ASR-31
ASR-24 Lost Articles ................................. ASR-31

## AUTHORITY STANDARD RULES

The following standard rules of conduct are intended to prescribe the expected conduct of all Authority employees, and which equally affects each and every individual employee of the Authority.

The standard rules of conduct presented here are intentionally broad-based for the purpose of relating to employees the ethical and moral principles by which the Authority conducts its business. These rules are subject to further interpretation by responsible management personnel, and assessment of alleged violations of any of these rules will be at the discretion of the Authority.

**ASR-1. Safety Requirement**

Safety is the first priority in the performance of duty. In case of doubt, the safe course must be taken.

The rules, procedures, practices, information, and guidelines prescribed for employees provide for a safe and efficient operation. If in doubt, the safest course must always be followed.

Employees must give full cooperation to individuals performing safety-related functions on behalf of the Authority, its unions, or outside agencies.

**ASR-2. Acceptance of Employment With the Authority**

**A. Responsibility for Compliance**

Employment with the Authority binds the employee to comply with all rules, regulations, Special and or General Orders as well as Bulletins. Ignorance of them will not be accepted as an excuse for negligence or omission of duty. Violations will result in the imposition of discipline, in some instances up to and including discharge.

All employees whose duties are prescribed by these rules shall be furnished with a copy of them.

1. Employees are required to be familiar with the rules, special instructions, notices, general orders, and bulletin orders governing all positions for which they have been qualified.
2. Employees must check for new Bulletin Orders and Notices, and familiarize himself with the contents.
3. Employees must immediately contact supervisory personnel for interpretation, information and/or instruction if in doubt to the exact meaning of any rule, special instruction bulletin order, notice, or other directive.

4. Employees must promptly report any violation of the rules, special instructions, notices, general orders, and bulletin orders to supervisory personnel.
5. Employees must refrain from engaging in any outside business, occupation, or activity that in any way affects the performance of duty for the Authority.

By accepting full time employment with the Authority, the employee agrees that:

1. He will refrain from accepting alternate employment in any capacity as operating personnel of another public transit agency, to include off-duty time, vacation periods, sick leave, or other periods of absence, unless specifically arranged for under the "Leave of Absence" provision of the applicable current labor agreement in effect.
2. While receiving accident and health benefits, he will be immediately discharged for violating the policy specified in item "1" above, forfeiting all compensation, salary continuation, and benefits.

**B. Responsibility to Have and Maintain Valid State Driver's License**

As a condition of employment, each employee responsible for operating Authority vehicles and/or equipment must have the valid state approved driver's license for the class of vehicle being operated in his immediate possession at all times. Failure to have the required classification of driver's license will result in the employee being disqualified from service.

Any employee who fails to maintain a valid driver's license or who's driving privilege has been suspended must immediately report the fact to his supervisor. Employees found to be operating an Authority vehicle, on or off Authority property, without a valid state approved driver's license will be subject to discharge.

**C. Equipment Qualification**

Employees must be qualified on the type of equipment they are required to operate.

**ASR-3. Knowledge of Rules and Special Instructions / Qualification**

**A. General**

All employees whose duties are affected by these rules and special instructions must be familiar with them and comply with their requirements. Ignorance of the rules will not be accepted as an excuse for non-compliance with rules or neglect of duty.

If, at any time, there is doubt as to the meaning or intent of a specific rule or special instruction, employees must consult with the proper authority for clarification. In cases of unusual complications or accident hazards, employees must contact the Control Center for instructions.

The safe course must be followed when communication and supervision is unavailable.

**B. Authority Discipline**

Failure to comply with the rules, practices, procedures, policies, or other directives that affect the employee's duties may result in disciplinary action, up to and including discharge as outlined in the applicable labor agreement or in the Authority policy manual.

**ASR-4. Fitness for Duty**

**A. Employee Injuries/Sickness**

Employees must not perform any service while affected by any condition that could impair their ability to perform their duties properly. Such conditions include fatigue, use and effect of over-the-counter medications, personal situations that impact alertness or one's ability to concentrate, etc.

Employees must notify the Authority Medical Department of any condition not already on record that could impair their ability to perform their duties.

Any employee who sustains an injury while on duty must immediately obtain first aid or medical attention (if necessary), and must, before going off duty, report the incident to their immediate supervisor regardless of the extent of the injury. Employees will be governed by the instructions of that supervisor and by the current Authority instructions regarding the reporting and recording of injuries.

No employee will absent himself from duty under the assumption that they will be compensated for lost time.

Final determination as to the seriousness of the injury rests with the Medical Department.

Notice of sickness must be given by the employee to his supervisor (unless specifically instructed to do otherwise by one's supervisor) prior to the reporting time of one's shift on the first day of one's intended absence due to sickness. In addition, verification of physical condition may be required and verified by an Authority representative.

Physical aliments, Including but not limited to, diabetes, heart condition, epilepsy, loss of hearing or eyesight, etc., which may affect an employee's ability to perform their duties or which may endanger themselves or others must be reported by an employee to the Authority's Medical Department as soon as such ailment is know to exist.

A medical certificate stating the nature of the sickness and certifying that the employee is fit for duty must be produced, if required by the employee's supervisor, before the employee may return to work. The certificate may be obtained from a family physician or from the Authority's Medical Department. The Authority may, at its discretion, conduct a medical examination of the employee following a sick report. The opinion of the Authority's Medical Department shall be final as to the fitness of an employee to return to work.

Feigning illness or injury is prohibited. (Dischargeable)

**B. Policies on Drugs and Alcohol**

Accepting employment with the Authority is regarded as the employee's willingness to obey the policies in effect on Authority property with respect to drug and alcohol use, possession, and testing, and to be subject to the requirements of those policies. This includes any and all federal or state regulations which may be currently in effect, and which may modify or supersede the Authority's own policy provisions.

In accordance with SEPTA's Drug and Alcohol Policies, SEPTA prohibits the following activities while employees are on duty, subject to duty, pre-duty, on SEPTA property or in SEPTA vehicles, or when involved with SEPTA business while not on SEPTA property:

1. The unlawful manufacture, distribution, dispensing, sale, possession, use or measurable presence in the body of drugs or any other unauthorized controlled substance which include but are not limited to over-the-counter patent medications and medication prescribed for others.
2. The unauthorized distribution, sale, possession, use or measurable presence in the body of alcohol in any form, including beverages, foods, medications or other products.
3. The dispensing, sale, manufacture, possession or use of any illicit substance and/or intoxicates. Employees in a safety sensitive position who intend to work while taking a prescribed medication that is a controlled or potentially sedating substance must submit a completed and signed "Prescriber's Report and Recommendation Form". This form shall contain the names of the medication(s), dosages and duration of treatment as well as a statement documenting the Prescriber's recommendation of the medication(s) in view of the safety sensitive nature of the employee's work.

Further information on SEPTA's alcohol and drug use policies is posted on Authority bulletin boards and is available from SEPTA's Medical Department as well as in the Drug Free Workplace handbook.

**C. Medical Examinations**

Employees who are required to pass a regular or a special medical examination are responsible for reporting to the Medical Department at the assigned date and time.

**D. Accident/Injury Prone Employees**

Employees who experience an excessive number of injuries and/or accidents as compared to their peer workers may be classified as accident-prone.

Accident-prone employees will be thoroughly investigated including being referred to the Authority's Medical Department for examination and a determination. These employees will be handled on a case by case basis with the Authority rendering a decision as to disqualification from a particular job, and/or other appropriate action.

E. **Corrective Lenses**

Employees who require the use of corrective lenses are governed as follows:

1. They must wear such corrective lenses while performing their duties.
2. If reporting for examination at the Medical Department, they will be examined only while wearing the corrective lenses.

ASR-5. **Reporting for Work**

A. **General**

Employees must report for duty at the required time and at the required location, in accordance with schedules set up in the employees' particular departments and locations.

Employees must not absent themselves from duty, leave or fail to complete their assignment, or engage a substitute to perform their assigned duties without permission from the proper authority.

When reporting for duty, employees must be in possession of all tools, keys, equipment or other materials necessary for the completion of their assignment.

Employees must make certain when reporting that the report has been acknowledged. No employee shall leave his place of duty without being properly relieved, unless so directed by proper authority.

Employees in doubt as to the identity of their relief must ask for proper identification.

Employees must not accept relief by a person who is unfit for duty. In such cases, the Train Dispatcher/Controller or other appropriate supervisor must be notified immediately.

Employees must report not less than ten minutes before scheduled time. Employees arriving for the second half of a swing must arrive at the scheduled time to pull out or make relief.

Employees failing to report at the required time are considered a miss and are subject to alternative assignment. Regular employees failing to report prior to their scheduled finishing time and extra employees failing to report within eight hours of their required reporting time are considered absent without leave (AWOL).

All extra employees must check for their daily assignments.

**B. Change of Address, Telephone Number or Name**

Employees must report all changes in address, telephone number or name to their immediate supervisor prior to or on the day the change is made. Post Office boxes are not permitted as the sole address of an employee, but may be added for mailing purposes only.

Any failure of delivery or communication of Authority information because of inaccurate address, name or phone number shall be the responsibility of the employee.

**C. Returning to Work After Extended Absence**

Employees returning to work after extended absences of 181 calendar days or more will undergo a period of reinstruction depending on their length of absence. Employees must present their current Operations Manual, Bulletin Order(s), manuals, other required publications, and operating equipment for examination when reporting for reinstruction.

For employees who are required to attend recertification classes, if an extended absence causes an employee to miss an annual recertification class and a qualification lapses, the individual must attend a recertification class and pass the required examination before operating a train or vehicle.

**ASR-6. Standard Time, Standard Clocks, Correct Time**

Standard time will apply to all Authority operations. Employees whose duties are affected by transportation schedules must have a reliable watch in their possession while on duty. Before starting their assignment, they must assure that their watch is set with the correct standard time in accordance with the Authority's operating time.

Eastern Standard Time will apply on Authority property except as follows: Daylight Saving Time will apply between 2:00 a.m. on the first Sunday of April and 2:00 a.m. on the last Sunday in October. Employees on duty during these periods must make certain standard clocks and watches are properly advanced or set back at those times. Employees not on duty must make certain standard clocks and watches are changed as soon as practical before assuming duty.

**ASR-7. Personal Conduct**

Employees are expected at all times to conduct themselves in a manner which does not jeopardize or otherwise disgrace the public image of the Authority. Any actions which are deemed to be insubordinate, uncivil, immoral, indecent, socially disapproved, or otherwise abusive to other employees, passengers or the general public will be considered as conduct unbecoming of an Authority employee, and may subject the offending employee to disciplinary action up to and including discharge and other civil penalties depending upon the severity of the offense.

Employees must give their name and account number to any other employee who identifies himself as a management employee of the Authority.

**ASR-8. Personal Appearance**

**A. General**

Employees required to wear a uniform must wear the prescribed uniform when reporting for duty, on duty, and all other times while on Authority property and must remain in full uniform. Such employees must maintain a presentable uniform appearance at all times.

Personal clothing cannot be worn in conjunction with the prescribed uniform, i.e. long sleeve shirt under short sleeve shirt, colored T-shirt underneath uniform shirt, etc. Shirttails must be tucked into pants. When ties are worn, ties must be properly tied, top button of shirt buttoned and positioned up to collar/neck, fitted snugly.

The prescribed baseball style hat may be worn, but may not be worn backwards, rolled or on the side. Employees are required to present themselves in a neat and clean manner, and are expected to maintain personal hygiene. Employees are governed

by the policies of their division pertaining to hair, facial hair, jewelry, and other such adornments or accessories which may not be permitted by the division's departmental standard rules, regulations, or policies.

Employees who are reporting for work will not be permitted to work unless they are in proper uniform.

When off duty and occupying public areas, employees who elect to remain in uniform must be in the full uniform. Off-duty employees are not required to be in full uniform when located in designated quarters provided for their use.

Only those pin emblems and insignias that are specified in the current labor agreement are permitted to be worn with the regulation uniform.

Employees are prohibited from wearing any jewelry which detracts from the uniform appearance or in any way becomes a hazard to the safety of the employee.

B. **Personal Protective Equipment**
Employees must wear personal protective equipment specified by safety rule, regulation, contract or other requirement.

C. **Sunglasses**
1. Employees may wear sunglasses when exposed to direct rays of the sun.
2. Employees are prohibited from wearing sunglasses during the evening or at night, in the subway, or when prevailing weather conditions make the use of sunglasses unsafe.
3. Employees are prohibited from wearing any eyewear that in any way alters a signal aspect or impairs the ability to locate or accurately identify a signal.

**ASR-9. Prohibited Behavior/Activities**

A. **General**
The following behaviors and/or activities are prohibited by all employees of the Authority. Each action is subject to disciplinary action, up to and including discharge.
1. Gambling in any form.
2. Fighting. (Dischargeable)
3. Participating in any illegal, immoral, or unauthorized activity.
4. Using boisterous, profane, or vulgar language or gestures towards others.

5. Threatening and/or assaulting any employee, non-employee or passenger. (Dischargeable)
6. Sleeping or assuming the attitude of sleep. (Dischargeable)
7. Reading any unauthorized materials while on duty.
8. Solicitation of gratuities from patrons.
9. Collection of money for any purpose, including contributions, unless specifically authorized by management.
10. Carrying guns or any items that are classified as concealed weapons while on Authority property.
(Exception: Authority police officers and other law enforcement personnel who have been authorized to carry such weapons.)
(Note: Employees finding weapons on Authority property must immediately contact their immediate supervisor or dispatcher by the first available means of communication.)
11. Stealing any item that has been provided by the Authority for the conduct of its business. (Dischargeable)
12. Soliciting or circulating petitions or unauthorized leaflets on Authority property, unless specifically authorized by management to do so.
13. Conducting meetings on Authority property (either of employees or non-employees) unless specifically authorized by the Authority.
14. Using Authority telephones to conduct private business or affairs, unless specifically authorized by immediate supervisor to do so.
(Note: Employees, when so authorized to use Authority telephones, are responsible to reimburse the Authority for any charges incurred according to the current payment policy for such activity.)
15. Committing any act or creating any condition that may be considered as unsanitary or unclean.
16. Committing any act of insubordination toward the proper authority, including, but not limited to:
    a) refusal to work,
    b) disobedience of rules or directive,
    c) uncivil attitude,
    d) provoking confrontation,
    e) lying or cheating, will be considered insubordination.

17. Refusal and/or failure to follow a direct order from any supervisor. (Dischargeable)
18. The divulging of the Authority's affairs to persons other than those authorized to receive such information.
19. Tampering with, supplying false information, (either written or verbal), or altering any Authority record, including but not limited to waybills and time records, whether computerized or in hard-copy form. (Dischargeable)
20. Operating an Authority vehicle, on or off Authority property, without a valid state approved driver's license. (Dischargeable)
21. Operating an Authority vehicle without logging-in to the vehicle fare box and / or communication system.

**B. Cell Phones and Other Electronic Devices**

Using a cellular telephone or personal pager, unless such a device has been provided for the operation or has been specifically authorized for use by the Authority, is prohibited. The use and / or display of headphones, earpieces, microphones or other such peripheral devices commonly associated with the use of electronic devices is prohibited unless such a device has been provided for the operation or has been specifically authorized for use by the Authority.

Having or using a portable computer, portable transmitting radio, television set, radio or other similar stereo entertainment device, or other unauthorized electronic device, unless such device has been specifically provided for the operation or has been specifically authorized for use by the Authority, is prohibited.

Personal cell phones may be used to perform official SEPTA communications when the vehicle's communication system fails. However, under this exception, cell phone calls may only be made while the vehicle is safely stopped. In these situations, you must obtain the name of the SEPTA employee answering the call and complete a report to document the call.

Cell phones may be used while off duty but still on SEPTA property. While on layover or recovery, calls may be made provided you are off the vehicle and the call does not create a delay to the start of the next trip.

**C. Unauthorized Use of Authority Property, Name and Logo**

Unauthorized use of the Authority's property, name and logo is prohibited (unless specifically authorized by management to do so). This includes, but is not limited to, the following:

1. Using the official name or logo (or any alternate name designation for the Authority) in any type of business or private venture.
2. Using official Authority bulletin boards (or other similar information areas) for posting literature of any kind, such as advertisements, circulars, or other information. No literature of any kind, circulars, advertisements, signs, posters etc. will be permitted either in the inside or the outside of the Authority's vehicles, stations, terminals, buildings or other structures owned or operated by the Authority without proper authorization.
3. Using or operating Authority vehicles, tools, or equipment for purposes other than performance of duty.
4. Using or procuring Authority materials or supplies for their own personal gain.

**D. Vandalism**

Vandalism to Authority property and equipment is prohibited. (Dischargeable)

**E. Misuse/Abuse of Authority Benefits/ Wages**

The misuse or abuse of Authority benefits is prohibited.

Employees are prohibited from accepting and cashing checks for benefits/wages to which they are not entitled.

Employees are required to record their own reporting time and finishing time in accordance with the established methods at their work location. Any discovery of overpayment or irregularity in pay, compensation, or benefits must be reported immediately to one's supervisor. (Dischargeable)

Employees are prohibited from recording, punching and/or stamping the time card of another employee and from tampering with and/or altering any time cards, time clocks, payroll cards or waybills. (Dischargeable)

F. **Tampering**

Employees are prohibited from altering, nullifying, or in any manner restricting or interfering with the normal intended function of any safety device or equipment on vehicles or other Authority property, except when specifically authorized to do so.

In the case of failure of any safety device, or where devices, equipment, or property has been found to have been tampered with, the district manager must be notified immediately.

G. **Unauthorized Persons**

Unauthorized persons must not be permitted to enter Authority property or to occupy Authority vehicles or equipment, including but not limited to, spouse, children, other family member, etc. Such persons do not include the following:

1. Passengers utilizing in-service vehicles or equipment for the purpose of obtaining public transportation, passengers occupying Authority public station property, or patrons or other businesspersons entering Authority public offices.
2. Persons presenting valid head end authorizations for that particular mode of transportation.
3. Persons presenting credentials of any regulatory agency or law enforcement agency who have business on Authority property.
4. Any persons who are accompanied by a responsible Authority employee, who are working under a valid contract with the Authority. Employees must immediately report to the proper authority any persons who are known to be or who are suspected of trespassing or engaging in subversive or other types of activities. In the event the employee is not sure whether a person is authorized to be in that location, the employee should request identification and/or request that the individual clearly state their purpose and intent.

Employees must immediately report to the proper authority any persons who are known to be or who are suspected of trespassing or engaging in subversive or other types of questionable activities. In the event the employee is not sure whether a person is authorized to be in that location, the employee should request identification and /or request that the individual clearly state their purpose and intent.

Employees must not permit anyone except an authorized employee to take over controls of an Authority vehicle or equipment.

**H. Smoking / The Use Of Tobacco**

Smoking and the use of tobacco in any form is prohibited on Authority property, vehicles, and equipment, except in designated locations.

Passengers, patrons, and other public persons must be requested to comply with the Authority policy. When requesting persons to refrain from smoking, employees must state that standard Authority policy prohibits public smoking when using the system's transportation vehicles or when occupying designated non-smoking areas on Authority property.

Employees must be as cordial as possible in making this request. Employees must avoid, to the best of their ability, any confrontation with another Individual concerning the smoking regulation. If the employee fears at any time that a confrontation will result and the employee's safety may become jeopardized, the employee must not pursue the matter any further. If, in the judgement of the employee, it has become critical that this policy be absolutely enforced, the employee shall request a supervisor or an Authority police officer to render assistance.

**I. Eating and Drinking on Authority Vehicles**

Eating and drinking on Authority vehicles or equipment by customers is prohibited. Eating and drinking on Authority vehicles by employees is permitted only when so authorized by the Division's policy or general rule, and only when it is not possible to utilize a designated area during an assigned lunch period. (Note: This policy does not apply to Railroad Division operations and specified contract operations.)

Employees are permitted to consume food or drink only in designated areas on Authority property.

Passengers, patrons, and other public persons must be requested to comply with the Authority policy. When requesting persons to refrain from eating or drinking, employees must state that standard Authority policy prohibits food and drink consumption when using the system's transportation vehicles.

Employees must be as cordial as possible in making this request. Employees must avoid, to the best of their ability, any confrontation with another individual concerning the eating and drinking regulation. If the employee fears at any time that a confrontation will result and the employee's safety may become jeopardized, the employee must not pursue the matter any further. If, in the judgement of the employee, it has become critical that this policy be absolutely enforced, the employee shall request a supervisor or an Authority police officer to render assistance.

Incidents of the above nature must be reported to the immediate supervisor as soon as practical.

J. **Unauthorized Absence from Assigned Work Area**

Employees are required to be present in one's assigned work area, work location, assigned vehicle, and/or authority property, while on duty. Unauthorized absences without proper permission is prohibited.

**ASR-10. Conduct Toward Public**

A. **General**

Employees must treat customers in a polite, respectful, professional manner at all times. Employees must be continually aware that they are engaged in a public service. Employees must therefore dedicate themselves to serving the customers who patronize the Authority's transportation system.

Employees must project a positive image of themselves and of the Authority. In serving the public, employees must place safety and courtesy above all else, rendering assistance whenever practical, and maintaining a secure environment to the best of their ability. Employees must exercise patience and self-

control when interacting with passengers and the general public.

Employees must take into consideration all influencing factors of human behavior when confronted with unruly persons, exercising full discretion if forced to protect themselves and Authority concerns.

Employees must always be courteous and be familiar with points of interest in Philadelphia and surrounding counties and be able to give customers directions to streets, parks, connecting lines, stations, public buildings, large stores, hospitals, theaters, airports, and similar institutions and points of interest.

Should a complaint be made because of the employee's enforcement of Authority rules or policies, employees must attempt to explain to the complainant the reason for the action. Employees shall suggest to the patron that an appeal may be made directly to the Customer Services Section of the Public Affairs Department, giving the patron the telephone number, the run assignment or schedule number, and his employee account number if requested. When such information has been given to any patron, the employee must notify the immediate supervisor as soon as practical that this information has been passed to a patron, and must give a brief account of the incident.

B. **Compliance With "ADA" Regulations**
Employees must familiarize themselves with the Americans With Disabilities Act (ADA) of 1991, and to the best of their ability and understanding of the act, comply with the requirements.

Employees must extend to all passengers with special needs the same public rights and privileges that they are required to extend to all persons using the system. Where the Authority has made accommodations and services available, employees must offer every assistance within their capability without causing injury or harm to themselves or to the customer.

C. **Animals on Revenue Vehicles**
Dogs, cats, or other animals must not be allowed on vehicles, except as follows:

1. Service animals for physically impaired persons and trained police dogs when

on a leash will be permitted on vehicles at any time.

2. Small animals carried in a covered container, without danger or offense to passengers, will be permitted on vehicles.

**ASR-11. Reporting Unusual Conditions**

The following unusual conditions must be reported to the Train Dispatcher / Controller or other appropriate supervisor immediately by the quickest means of communication.

1. Derailments,
2. Collisions,
3. Washouts,
4. High water,
5. Fires or potential fire hazards,
6. Obstructions to tracks, road closures and detours,
7. Broken rail,
8. Dislocated wires or third rail,
9. Potential accident hazards,
10. Unattended or otherwise suspicious packages, or
11. Any other unusual conditions that may interfere with a safe operation or the safety of persons.

**ASR-12. Accidents/Incidents**

**A. General**

Employees who become involved in or who witness an accident or incident or instances of disorderly conduct must report to the proper authority by the quickest available means of communication. Employees are then governed by the specific instructions of their division concerning the proper procedure to be followed.

Employees must endeavor to be as cooperative as possible with police or other investigating agencies (without violating civil codes) prior to the arrival of Authority representatives. Employees should be aware that personal discretion should be exercised when being interviewed by such authorities with regards to any statements, verbal or written, which may create future incriminating circumstances.

**B. Accident Prevention Responsibilities**

Operators are responsible for taking the following actions to prevent accidents:

a. Sound warning to employees or passengers who place themselves in the position of danger.
b. Make certain that no employees are

working on, under, or about the vehicle prior to moving the vehicle.

c. Make certain all persons boarding or leaving the vehicle are clear of the doors before the doors are closed and vehicle is moved.

d. Make certain all aisles and passageways of vehicles are clear of baggage; ensure baggage is kept between seats.

e. Make certain the vehicle is operated in a manner that minimizes risk to on-board passengers by avoiding rough vehicle handling.

f. Maintain a safe lookout for pedestrians when operating along the roadway and exercise every caution to avoid striking such persons.

g. Immediately notify the Control Center of any hazardous condition along the route.

**C. Accident/Incident Reporting Responsibilities**

Operators must immediately contact the Control Center in the event they are involved in any accident, blockade, or mishap, or they witness any such occurrences on or near Authority property. Operators are governed by the instructions of the Control Center concerning further movement.

Operators should communicate by using the on-board radio, or, if not possible, the first public telephone or emergency telephone available. They should exercise discretion to prevent passengers from overhearing such reports.

Operators are responsible for carrying a sealed packet of the pre-numbered Incident Cards, which are issued by the Authority. Operators are responsible for turning in to the Dispatcher all completed cards presented to the Operator by passengers, and all remaining blank cards once the package has been opened. Once a package has been opened, the Operator must request a new issue. If a packet is lost or stolen, the Operator must immediately notify the Control Center.

In the event of an accident or incident, the following instructions govern the actions of the Operator:

a. If witnessing or involved in an accident with persons or to property, however

slight, the Operator should immediately contact Control Center, then render all possible assistance and attempt to obtain the names of all witnesses as soon as practical.

The Operator must attempt to have such persons complete an Incident Card, which must be used when practical to secure the names and addresses of witnesses who were occupying the vehicle or who may have been in such a position to have observed all or part of the occurrence.

Cards which have been completed by such persons may either be retrieved by the Operator and turned in to the immediate supervisor, or the witness may be advised to mail the card to the SEPTA Claims Department.

b. When police officers are present, the Operator must obtain their badge and district numbers.
c. When involved in automobile or other vehicular accident, the Operator must attempt to obtain the names and addresses of all occupants regardless of whether they are injured or not.
d. When involved in automobile or other vehicular accident, the Operator must attempt to obtain all pertinent information, including name of driver, vehicle owner, license number, insurance information, make, model, and year of vehicle.
e. The Operator must advise passengers of the cause and probable duration of the delay.
f. Operators must remain with their vehicle during such situations unless directed otherwise by the Control Center or other supervisory personnel.
g. The Operator must monitor radio transmissions continuously while occupying the vehicle.
h. Before completion of duty, the Operator must prepare and submit a report as directed by the District Dispatcher.

**D. Operators Involved In or Witnessing An Accident**

Operators involved in an accident must not move the vehicle prior to contacting the Control Center unless:

a. instructed to do so by a police officer, or

b. an emergency condition exists which warrants that the vehicle be moved immediately.

Any Operator involved in or witnessing an accident involving SEPTA equipment or property shall be cooperative and supportive in their dealings with police.

Operators should render assistance as far as is practical and to the degree that will ensure the safety of injured persons until such time as competent medical assistance arrives.

Operators are required to supply the following information to police when requested:

- Driver's license.
- Name and account number.
- Vehicle identification.
- District operations address and telephone number.
- Home address and telephone number (optional).
- The names of all witnesses or persons involved in the accident.

The police may interview passengers who may have witnessed the accident.

Operators shall not make any statement, verbal or written, about the accident to police or anyone other than a representative of SEPTA's Claims Department, Legal Department, System Safety Department, or to the authorized representative of the employee's own department. Employees must make certain individual identifies self by Authority Management card and SEPTA Employee Pass.

Before completion of duty, the Operator must prepare and submit a report as required.

E. **Operators Coming Upon Scene of an Accident**

Other Operators coming upon the scene of an accident, not otherwise involved, will assist in securing information and witnesses. Other Operators should stop and render assistance as far as is practical and to the degree that will ensure the safety of injured persons until such time as competent medical assistance arrives.

**ASR-13. Preparing and Submitting Reports**

Employees are responsible for properly preparing and submitting reports, either hard-copy or computerized, that are required by the Authority, including but not limited to computerized work orders, inspection reports, supervisor reports or any other official Authority record. When preparing any report, employees must ensure that the report is filled out accurately, completely, and legibly.

Falsifying any report or submitting false information of any kind is prohibited. (Dischargeable)

When submitting a report, the report must be submitted in person by the employee who has prepared the report, unless otherwise arranged for by supervision.

When required, all reports being submitted by an employee must be checked by the designated supervisor prior to the employee going off duty.

**ASR-14. Release of Information - Procedures for Employees**

The release of authoritative, accurate, and non-speculative information is the responsibility of those persons within the Authority who have been delegated for that task by the General Manager.

Employees must be aware of the following instructions with regards to Authority policy:

1. All written news releases and most spoken statements are to be made by the Public Relations Department and only with the concurrence of senior management.
2. All telephone inquiries from the news media must be referred to the Press Relations unit of the Public Relations Department.
3. The Public Relations Department, in consultation with senior management, will determine who may be interviewed and who will arrange authorization to do so.
4. At the site of an accident or incident, a certain degree of cooperation should be given to reporters as long as it does not interfere with emergency responsibilities. It is suggested that reporters should be referred to senior management or Public Relations if they are present, if not present, reporters will be given the phone number of our Public Relations Department and advised to contact them.

5. Basic questions may be answered, such as routes, directions of travel, and approximate time of incident. Employees should not answer "No comment" to all questions, but rather should answer: "For comment, please contact Public Relations."

**ASR-15. Proper Tools, Equipment, Materials and Publications**

**A. General**

Employees must have all necessary tools, equipment and materials when reporting for duty, including keys, employee identification and required publications.

**B. Requirement to Carry Operations Manual**

Employees must maintain and carry with them while performing duty a copy of the applicable Operations Manual. The manual must contain all sections that apply to the employee, and must be complete and up-to-date.

1. Introduction
2. Definitions
3. Authority Standard Rules
4. Operating/Operational Rules
5. Communication Rules
6. Fire Protection
7. Customer Service Guidelines (employees involved in revenue operations)
8. Safety Rules for Rail Transportation Employees (employees involved in rail operations)
9. Applicable Special Instructions.

Employees working solely within the confines of a yard or shop facility will not be required to carry the manual while performing duty, but must have a copy within easy access for reference and inspection when reporting for and performing duty.

**C. SEPTA Employee Pass**

Employees are required to have their SEPTA Employee Pass in their possession while on duty.

**ASR-16. Responsibility for Authority Property and Funds**

Any Authority property or funds that are loaned or assigned to an employee must be properly cared for and safeguarded. Property or funds must be surrendered to an Authority representative upon request. The employee is responsible for compensating the Authority for any property or funds, which may be lost, stolen, or damaged.

If theft of such Authority property or funds occurs, the employee must immediately notify designated supervisory personnel and be governed by their instructions as they pertain to reporting, fact-finding, or any other applicable action.

**ASR-17. Employee Transportation Privileges**

Employees of the Authority are extended the privilege of free transportation on designated modes of operation conducted by the Authority upon presentation of their SEPTA EMPLOYEE PASS. All employees are required to maintain their current pass for identification purposes. Employee passes must only be utilized by the person to whom it has been issued. Permitting other persons, either non-employees or other Authority employees, to use a personal pass is prohibited. (Dischargeable)

The loss or theft of a transportation pass must be reported immediately to the Personnel Department. Employees losing their personal pass are required to obtain another pass and must pay the current replacement fee.

Employees will be held strictly responsible for the proper use of their transportation pass in accordance with the rules governing their use, as printed thereon. The transportation pass is the employee's means of identification and must be in their possession during the tour of duty.

Employees riding on vehicles, using their transportation pass must relinquish seats to fare paying passengers when no seats are available on the vehicle.

**ASR-18. Use of Seat Belts**

Employees are required to wear seat belts, in vehicles so equipped, while operating Authority vehicles.

**ASR-19. Court Appearances**

**A. General**

Employees must immediately notify their immediate supervisor upon receipt of notice summoning them to court, jury duty, inquests, depositions, etc. Employees are responsible to notify their immediate supervisor each day prior to their scheduled assignment, unless otherwise arranged between the employee and the supervisor. Failure to provide proper notification relieves the Authority of providing pay to the employee. Employees must produce proof of their attendance at such court upon returning to duty.

Employees must notify the District Dispatcher each day before 10:00 a.m. whether their attendance will be required in court for the next day, or if they will be available for their regular assignment. Failure of an employee to so notify the Authority relieves the Authority of any responsibility for providing a day's work for the employee.

When an employee is paid by the Authority for such attendance, any payment made to the employee by the court must be paid to the Authority.

**B. Summons for Motor Vehicle Code Violations**

The operator of any Authority vehicle is fully responsible for settlement of Motor Vehicle Code violation summonses regardless if the summons is directed to the Authority rather than the individual. The Authority will only assume responsibility for those non-moving violations wherein the citation involved the condition of the equipment or any procedure which is ordered by the Authority.

Whenever a summons is received for a moving violation directed to the employee of the Authority, the employee will assume full responsibility. When the Authority is named on the summons, an affidavit will be sworn to before a Notary Public transferring the summons to the individual employee who was personally responsible. Thereafter, the employee will be legally responsible for proper settlement.

Such summonses may be incurred when the issuing officer was unable to or was not required to stop the vehicle. Typical summonses may include, but are not limited to, the following: 1) speeding, 2) running a

stop sign or stop light, 3) parking in a no-parking zone, 4) making passenger stops at locations deemed unsafe or too far from the curb, 5) unnecessary idling of buses.

**ASR-20. Care of Vehicles / Maintaining Workplace**

**A. Care of Vehicles**

Employees are responsible for the care of vehicles which are in their charge. Employees must ensure that passengers are not subjected to debris in the vehicle which may cause a safety hazard.

When an employee takes charge of a vehicle from the storage area, depot, or from another employee, the employee taking charge is responsible for ensuring the vehicle is cleared of any paper, trash, or other debris.

Employees are prohibited from throwing any trash, paper, or other debris from the vehicle. Employees are prohibited from placing newspapers or other articles in any part of the vehicle other than designated trash receptacles.

**B. Work Areas and Operating Compartments**

Employees are responsible for maintaining their workplace in a neat and orderly condition. Employees must pay special attention to the cleanliness of work areas. Good housekeeping must be practiced at all times in order to ensure cleanliness, orderliness and the elimination of accident hazards.

Papers, trash and other discarded materials must be disposed of in containers provided for their purpose. Scrap, waste, tools and other materials must be placed in the proper container. Materials must be stored and/or secured so they will not fall, shift or otherwise create an obstruction or potential hazard.

Employees are prohibited from storing in the operating area of a vehicle (including consoles and dashboards) any papers, items, carrying cases, or other personal belongings. All such personal belongings may only be stored in the Operator's compartment which is provided for that purpose.

**C. Lockers**

Employees who have been provided lockers for their personal convenience are responsible for maintaining their own

security. The Authority does not assume responsibility for damage, loss or theft of personal property or Authority property stored in lockers. Lockers are the property of the Authority and are subject to inspection at any time by supervision.

Employees are responsible for their own locks and are responsible for removing locks when they no longer utilize a particular locker. Lost keys or damaged lockers must be reported to the proper authority immediately.

Employees are prohibited from storing in their lockers any food, drink, flammable material, or other material deemed to be hazardous.

D. **Taking Charge / Control of Vehicles**
When taking charge or control of a vehicle, employees must:
1. perform all the required tests and inspections, and
2. complete all necessary test or inspection forms.

**ASR-21. Prohibited Articles on Authority Vehicles**
The following items are prohibited at all times on Authority vehicles or equipment.
1. Combustible or explosive items or liquids, including tools or machines that use combustible fuels.
2. Radios, tape players, or television sets turned on and utilizing external speakers.
Note: Above items are permitted if the person is utilizing earphones and the sound level is not annoying to other passengers.
3. Animals (other than those prescribed by policy for disabled persons or police dogs on a leash), except when carried in a small container.

**ASR-22. Parking on Authority Property**
Employees who are permitted to park on Authority property do so with the full understanding that they will comply with the established rules and regulations governing the use of the parking facilities. The Authority will not assume responsibility for damage done to an employee's vehicle while parked on Authority property.

Employees are not permitted to use Authority operated parking facilities except under the same conditions as the general public, by paying the required fee.

The Authority may take whatever steps are necessary to remove an employee-owned vehicle out of the way of passenger vehicles so as to maintain service regardless of what damage may result. The responsibility for personal vehicles left so as to interfere with the movement of passenger vehicles rests solely with the employee-owner.

**ASR-23. Termination of Employment**
All Authority equipment must be returned and all accounts settled upon leaving the employ of the Authority for any reason.

**ASR-24. Lost Articles**
Employees must inspect vehicles upon arrival at each terminal for articles left by passengers. Articles found on vehicles or other Authority property must be promptly turned in to the District Office. When possible, articles must be tagged for identification purposes.

Never turn over a lost article to someone claiming ownership without requiring a detailed description, signature, and address.

If an article is found by a passenger and turned over to an employee, the name and address of the finder must be noted on the Lost and Found tag.

**THIS PAGE**

**INTENTIONALLY**

**BLANK**

# *BUS OPERATIONS*

# OPERATIONAL

# RULES

# TABLE OF CONTENTS

Responsibilities of Operators/Employees .......... C-3
Reporting for Duty .......................................... C-7
Lights, Markers, Destination Signs and
Announcements ..............................C-10
Inspection, Preparation, Securing, Storing,
and Use of Vehicles .........................C-13
Movement of Vehicles ...................................C-17
Trackless Trolley ............................................C-30
Protection of Vehicles ....................................C-33
Fare Procedures .............................................C-34
Maintenance of Vehicles ................................C-38

## RESPONSIBILITIES OF OPERATORS/EMPLOYEES

### OR-1. Receiving Instructions

Operators/Employees report to and receive their instructions from their immediate supervisor or other designated official. They must comply with these instructions and immediately notify the issuing supervisor or designated official of any occurrence or situation which may affect their ability to complete the assignment or which may affect the safety of vehicle operation.

Operators/Employees must also be familiar with and adhere to all instructions included in procedures, policies and equipment manuals.

### OR-2. Job Assignment; Qualification

Operators/Employees must be qualified on the route before accepting assignment. Once qualified, they are responsible for maintaining their qualifications.

### OR-3. Vehicle Operating Responsibilities

Operators/Employees of vehicles are responsible for the following:

1. The observance of all operating signals, signs, traffic control devices, and for controlling vehicle movement accordingly.
2. Regulating the speed of the vehicle by applying defensive driving techniques to prevent injury to persons or damage to property, and to prevent damage and collision.
3. The proper monitoring of all air pressure gauges and reporting any abnormalities.
4. The safety, comfort, and convenience of their passengers.
5. The proper operation of doors. Vehicles must not be operated with doors open.
6. The proper lighting and ventilation of the vehicle.
7. The proper display of destination signs.
8. Leaving the terminal on schedule and maintaining the schedule en route, and reporting any delays.
9. Proper announcements, as required.

10. Maintaining proper supplies of timetable schedules and other informational brochures.
11. Proper and constant checking and adjustment of mirrors.
12. Clean appearance of vehicle by removal of trash and newspapers in passenger and operator areas, including windshield area. Trash should be collected and placed in containers at loops and terminals while on layover, prior to pulling-in or being relieved.

**OR-4. Conversations With Passengers**

When engaged in operating a vehicle, or when attending a standing vehicle that is idling, Operators may only engage in conversation with passengers when it is safe to do so, and only to the extent it is necessary to answer inquiries. Operators are prohibited from soliciting conversation with any passengers.

**OR-5. Distractions From Duty**

Operators/Employees shall not permit unnecessary conversation, reading, lounging, or any action or condition of mind to divert their attention from the safe and efficient performance of duty.

**OR-6. Relief of Assignment**

Operators must not permit any other employee to relieve them if that employee is unfit to perform duty. In such instances, the Operator must immediately report the situation to the Control Center.

All street reliefs are to be made at scheduled relief points only. When at established relief point and the vehicle you are scheduled to relieve fails to arrive after five minutes have passed beyond scheduled relief time, call Control Center. Operators scheduled to be relieved, wait only two minutes, and then call Control Center.

An Operator who is not properly relieved must complete the trip unless directed otherwise by the Control Center.

**OR-7. Articles, Packages, Other Items on Authority Vehicles**

Passengers are permitted to carry articles and packages onto Authority vehicles and equipment provided that they are of a reasonable size as judged by the employee responsible for their passage. This means that the item is of a size, which will not interfere with the free movement of passengers, with the operating mechanisms of the vehicle or equipment, and in no way interferes with the safety of the operation.

When carried onto vehicles, articles, packages, or similar items must not be permitted to occupy seating space that otherwise is needed for immediate passenger seating. Such items must not be permitted to be placed in vestibule areas. On Authority vehicles equipped to handle baggage, the baggage must be placed on the rack or in the designated baggage area. Employees must not assume any responsibility for any item brought onto or left behind on vehicles or equipment.

If, in the judgement of the employee responsible for the boarding of passengers, it is determined that the item is too large, the passenger must not be permitted to board the vehicle or enter the gate.

Employees must be as cordial as possible when prohibiting such passengers to board or enter gates. Employees must state that it is standard Authority policy to prohibit passengers from carrying unreasonably large items onto Authority vehicles and equipment. Employees must avoid, to the best of their ability, any confrontation with another individual concerning the size of such items. If the employee fears at any time that a confrontation will result, the employee must not pursue the matter any further. If, in the judgement of the employee, it has become critical that this policy be absolutely enforced, the employee shall request a supervisor or an Authority police officer to render assistance. Incidents of the above nature must be reported to the immediate supervisor as soon as practical.

Bicycles are permitted on Authority vehicles, but only as provided for by current Authority policy for bicycles and by the individual passenger operation instructions for each operating mode.

The following items are prohibited at all times on Authority vehicles or equipment:

1. Combustible or explosive items or liquids.
2. Radios, tape players, or television sets turned on and utilizing external speakers. **(Note: Above items are permitted if person is utilizing earphones and the sound level is not annoying to other passengers.)**

**OR-8. Lost Articles**

Articles found on Authority vehicles or equipment by employees must be turned in as soon as practical to the office designated by each operating mode.

Employees finding such articles are governed by the applicable instructions for that operating mode concerning the recording of such information as tagging, date, location, finder name, name of other employee to whom the article was turned over, and applicable telephone number(s).

Lost articles which are found and are being requested to be returned by the individual claiming to be the owner must not be returned unless the employee can positively affirm that the article belongs to that individual.

Persons requesting information on lost articles must be directed to the office designated by each mode of operation.

**OR-9. Animals on Authority Vehicles**

Operators/Employees will permit police dogs, accompanied by their handler either in uniform or out of uniform when showing proper identification, to ride any Authority revenue vehicle or equipment. This applies to SEPTA police officers, City of Philadelphia police officers, and police officers of those other municipalities that are serviced by the Authority.

Other animals, such as "seeing-eye dogs" and other service animals that are utilized by passengers with special needs are permitted to ride any Authority revenue vehicle.

Small animals carried in a covered container, without danger or offense to passengers, will also be permitted on vehicles.

## REPORTING FOR DUTY

### OR-50. Reporting On and Off Duty - Operators

Operators must report to the Dispatcher's Office either prior to or at the time of their scheduled report time. Operators must report in person.

It shall be the duty of the employee to safeguard his/her own interest by reporting to the district dispatcher or clerk at or before his/her reporting time in authorized uniform and with all equipment.

Operators must make certain when reporting that the report has been properly acknowledged.

An operator present in the assembly room at a reasonable time before his/her reporting time will be considered as available for assignment to work. An employee who misses will be subject to assignment to work from the time he/she enters assembly room, in accordance with the current labor agreement.

Operators arriving for the second half of a swing run will arrive at the scheduled time to pull-out or to make relief.

Extra persons not assigned to runs shall report at time specified on reporting list for extras. They shall not absent themselves from the assembly room after having made their report, until the dispatcher or clerk releases them.

An unexcused employee who fails to report at his/her regular starting time, but who reports before the finishing time of his/her regular day's work, will be classified as late or missing.

The finishing time for an extra person having a report on the reporting list for the purpose of establishing whether he/she has missed or is absent without leave shall be eight (8) hours following the time of his/her assigned report.

When reporting for duty, Operators must fill out all forms and waybills that may be required prior to operating the vehicle. Before going off duty, they are responsible to turn in all, waybills, transfers, VCR's, special cards, surveys, or any other applicable reports, themselves.

**OR-51. Reporting For Work - Maintenance**

Employees, unless properly excused, must report and be fully ready for work at the assigned times, locations, areas, etc., in accordance with schedules set up in the employees' particular departments and locations.

**OR-52. Authority Bulletin Boards; Notices/ Detours**

When reporting for duty, employees whose duties may be affected by Notices or Detours are required to examine daily, designated posting boards prior to beginning assignment. Employees will be held responsible for strict adherence to such orders and notices.

Employees must familiarize themselves with those instructions pertaining to any portions of the routes over which they are qualified and may be required to operate. Where required, Employees must sign for current effective Notices or Detours. Employees must carry copies of Notices, for which they have signed, and must have them available for inspection at any time.

No literature of any kind (circulars, advertisements, etc.) may be posted on the bulletin boards without proper authorization.

If an employee does not understand any information or condition, the employee must ask their immediate supervisor for an explanation before starting the assignment.

**OR-53. Required Equipment While On-Duty**

While on-duty, Operators/Employees must have in their possession the following items:

1. An up-to-date copy of the **Bus Operations Rules and Regulations Manual**
2. Notices, which have been signed for and are required to be carried
3. A reliable timepiece
4. Transfers and related fare instruments
5. Punch
6. All necessary keys

7. Public Timetables for all routes they are operating over or interconnecting with (for personal use and for public distribution), when available
8. **Vehicle Condition Report**
9. Passenger **Incident Cards** (issued pack)
10. Valid SEPTA Employee Pass
11. Valid CDL License
12. Blue copy of the **CDL Pre-Trip Card**
13. Rebate Cards
14. Stop Announcement Route Cards
15. Current Bulletin/General Order Issue

**OR-54. Required Tools**

Employees must have in their possession during duty hours, a reasonable amount of tools, both common and metric, for the job classification that one holds. For safety reasons, all tools utilized by employees in the performance of their duties must be of "Industrial Quality". A toolbox check may be conducted at the discretion of management.

## LIGHTS, MARKERS, DESTINATION SIGNS AND ANNOUNCEMENTS

### OR-100. Headlight/Marker Lights/Interior Lights

The headlights and marker lights on every vehicle must be displayed ½ hour before dusk until ½ hour after dawn. Interior lights need not be displayed unless the vehicle is in revenue service.

The Operator of each vehicle must ensure that the headlights, marker lights and interior lights are in good working order prior to departing the district. At relief points, the oncoming Operator/Employee must confirm the working condition of the aforementioned lights.

As an added safety precaution, during periods of inclement weather, headlights and markers lights should be turned on whenever windshield wipers are in use.

When headlights are displayed on high beam, the headlights must be dimmed within 500 feet or less when approaching other vehicles moving in the opposite direction, and during normal street operation.

If all headlight bulbs fail en route, the following actions must be taken:

1. All other available external lights must be illuminated, including hazard lights.
2. The Control Center must be notified as soon as practical.
3. Speed must be reduced according to prevailing conditions.

### OR-101. Employee Help Light

Employee Help Lights must only be illuminated when the Operator/Employee is summoning assistance.

**OR-102. Destination Signs**

Destination signs, route signs, and block numbers must be properly displayed to show the current designation, route and block the Operator/Employee is working.

When operating in non-revenue service including pull-outs and pull-ins, "SEPTA, Take Next Bus" or "Off Duty" must be properly displayed.

Handmade destination signs are expressly prohibited. Should a destination sign fail enroute, Operators/Employees are required to contact Control Center immediately.

**OR-103. General Policy on Announcements**

Operators are responsible for communicating passenger information and guidance by making announcements and are governed by the instructions for making such announcements that are specifically prescribed by their mode of operation.

Announcements should be made by utilizing public address systems when available. When not available, announcements must be made by speaking in a clear and distinct voice. Announcements should be made in a timely manner, as frequently as deemed necessary, and as accurately as possible.

**A. Employees must make announcements employing the following effective methods of speaking:**

1. Think what is to be communicated before speaking.

2. Pronounce words correctly and speak slowly.

3. Phrase all announcements so that they make sense to the public; avoid using the terminology of the operating mode, but rather use common language that the public can easily understand.

4. Make announcements from a location where everyone can readily hear the message; repeat the announcement several times if speech can only be directed in one direction at a time.

5. Keep announcements as short as possible, giving the most important information first; repeat each announcement made.

**B. Employees must make announcements concerning the following:**

1. All transit stops within the Center City Business District, (river to river, South Street to Vine Street), all transfer points, (announcing the actual route number), major intersections, activity centers, principal points of interest and orientation stops, (every half-mile, (in the city limits), and every mile, (outside city limits), if no other stops were announced.

2. Any significant delays in the schedule or breakdowns of vehicles or equipment.

3. Any service interruptions, whether occurring at the present time (maintenance, weather, etc.), or in the future due to pre-arranged maintenance work, which will cause service substitution.

4. Any service advisory announcements (including substitution) that may be of interest or concern to the general public, or which may have been directed by supervision.

5. Any information of a general nature, which in any way affects the patronage of the transportation system by the public.

6. Any service stops prescribed by Notice or Divisional Order, or otherwise required by law or court order.

7. All transit stops serving two or more routes with passengers waiting to board, the operator must stop the vehicle, open the front doors and announce the route number of your vehicle to the waiting passengers.

## INSPECTION, PREPARATION, SECURING, STORING, AND USE OF VEHICLES

### OR-150. Requirement to Perform Inspection

Operators/Employees must know that the vehicle to which they have been assigned is safe for operation.

Prior to departing from any bus yard, or when making relief, Operators/Employees must make an inspection of their vehicle in accordance with the current outlined procedure.

This inspection must be made utilizing the **Vehicle Condition Report, (VCR)** the **CDL Pre-Trip/Relief Inspection Checklist/Quality Control Appearance Checklist** provided for that purpose.

### OR-151. Requirement to Submit Required Reports

Prior to reporting off duty, Operators/Employees must submit to the designated person or place at the designated location any reports, which they have been required to complete during their assignment.

The **(VRC)**, the **(CDL) Pre-Trip/Relief Inspection Checklist/Quality Control Appearance Checklist** must be submitted for each vehicle to which the Operator/Employee has been assigned. The requirement to submit the **VCR** applies whether or not the Operator/Employee has indicated any defects to the vehicle.

### OR-152. Operator/Employee Requirement to Report Defects on Vehicles

Operators/Employees are required to report all defects found on vehicles regardless of the degree of the defect.

Upon finding a defect, the Operator/Employee must indicate such on the **(VCR)**. If the defect is determined to be of a serious nature, the Control Center or Supervisor must be notified immediately. If necessary, the vehicle must be removed from service. If the defect occurs en route, the Operator/Employee is governed by the instructions of the Control Center.

Defects must be reported on the **(VCR)** and submitted after each vehicle used or as otherwise directed.

**OR-153. Unauthorized Use of Authority Vehicles**

All employees operating a vehicle are reminded that improper use of authority vehicles is prohibited.

The following are examples of such misuse in which no employee may engage without specific prior approval of a responsible supervisor.

1. Leaving the district for any reason excessively earlier than scheduled time to leave.

2. Leaving scheduled route service to go to a district or any other location for the purpose of changing vehicles.

3. Use of an Authority vehicle, either in-service or not, for personal errands of any type including but not limited to, visiting home, eating establishments, donut/coffee shops, banks, etc.

4. Deviating from scheduled routings including pull-in/pull-out routes and recovery/layover location, unless required by an emergency situation.

5. Storing a passenger vehicle in such a place as to prevent its use by other employees for the sole purpose of "saving" the vehicle for a later piece of work.

6. Taking a vehicle from the district when the schedule calls for travelling by public transportation to a relief point.

7. Leaving a vehicle on the street or at loops and terminals for another Operator/Employee's use when such is not scheduled or authorized.

8. Exchanging vehicles on the street because of preference for a certain type vehicle.

9. Taking out of the district any vehicle other than the one blocked or assigned.

10. An operating employee is required to use any type of vehicle available on any route except under those special conditions noted on the assignment board posted in the district. Except for the few such assignments posted, an Operator/Employee must use any vehicle in the location that is available for passenger service regardless of whether its age, size or type is satisfactory to the Operator/Employee.

11. Abandoning a vehicle either in-service or not except when essential to the maintenance of service or when authorized by a Supervisor, is prohibited.

**OR-154. Securing the Vehicle**

When necessary for the Operator/Employee to leave the vehicle unattended while on the street, in a terminal or a loop, or storing the vehicle at a district, the following actions must be taken:

**AT ALL LOCATIONS:**

1. Place the transmission selector in "neutral" position.
2. Set the parking brake.
3. Turn Master Switch "OFF".
4. Turn anti-theft key switch to "park" position and remove the anti-theft key.
5. Remove transfers and any other Authority property.
6. Chock wheels, curbside, in the declining direction, (if not available, turn wheel toward curb).

**Note: Make certain wheel chock is removed and properly stored away before moving the vehicle.**

**YARDS (In addition to items above):**

1. Secure windows and secure doors from the outside, unless vehicle is occupied.
2. Close roof hatches.

**OR-155.Shutting Down of Bus Engine/Recovery Time Procedure**

When on recovery at all terminals, loops, and other designated recovery points, bus engines must be shut down immediately upon arrival. When on recovery at all terminals, loops, and other designated recovery points, bus engines must be shut down immediately upon arrival. The engine may not be re-started until **2 minutes** prior to scheduled leaving time.

The next vehicle scheduled to leave must be pulled up to the stand and the doors must be left open for passengers.

The following are exceptions to shutting down the engine:

1. When the outside temperature is 75 degrees Fahrenheit or greater, the engine may run at fast idle up to 20 minutes during recovery.
2. When the outside temperature falls between 32 degrees and 20 degrees Fahrenheit, the engine may run at fast idle up to 5 minutes during recovery.
3. When the outside temperature falls below 20 degrees Fahrenheit, the engine may run at fast idle up to 20 minutes during recovery.

**The engine may not be left running at any time when the Operator/Employee leaves the vehicle unattended. Racing the engine, for any reason is expressly prohibited.**

**OR-156. Monitoring Gauges and Tell-tail Lights**

Operators/Employees must continuously monitor gauges and tell-tail lights to ensure that proper air pressure is maintained, electrical system is properly charging, and that operating temperatures are within specifications. When gauges indicate abnormal conditions, the Control Center must be notified immediately.

## MOVEMENT OF VEHICLES

### OR-200. Movement at Authorized Speeds, Conditions Permitting

Where conditions permit, vehicles may operate at the speed authorized or posted for that location. Following are specific speed limitations:

1. In DISTRICT, YARD/SHOP, and TERMINALS - 5 MPH

2. SHOPPING MALLS - 15 MPH

### OR-201. Conditions That Require Movement At A Slower Speed

When driving conditions prevail that do not permit safe movement at the authorized or posted speed, vehicles must operate at a slower speed.

Operators/Employees must maintain a slower speed whenever any the following conditions occur: -

1. When operating through work areas and construction sites.
2. When ice, snow, or leaves make the roadway too slippery for normal speed.
3. When water covers the roadway to the point where the depth of the water cannot be determined.
4. When operating through posted slow zones.
5. When rounding curves or where vision is obscured.

When flooding conditions occur, Operators/ Employees must safely **STOP** the vehicle and visually inspect the flooded area prior to movement. The Control Center must be contacted immediately for instructions. If the situation permits continued movement, the speed must not exceed 5 MPH when operating through the flooded area.

When icing conditions occur, Operator/Employee must exercise extreme caution and immediately notify the Control Center reporting the location, then await instructions.

**OR-202. Movement Through Restrictive Areas and on Grades**

Operators/Employees must be constantly aware of close clearance along the roadway. When passing other motor vehicles (including parked vehicles) on a straightaway, Operators/Employees must ensure that there is proper clearance.

When a condition occurs in which the vehicle cannot proceed due to non-clearance, the Operator/ Employee must attempt to find the owner of the vehicle. If owner cannot be located, the Control Center must be contacted immediately for instructions.

Operators/Employees must not pass through under-passes where the overhead clearance is less than the clearance height of your vehicle.

**Note: State Law requires all overpasses less than 15 feet must be properly marked.**

Before beginning a descent down a steep grade, the brakes must be tested to ensure proper stopping capability. Braking must begin well in advance of the desired stopping location.

Whenever possible, stops should be avoided on an up-grade to avoid difficulty in restarting the bus. When starting on an up-grade, the Operator/Employee must take a full brake application, then change quickly to accelerator. If the conditions are slippery, the start must be made slowly to avoid spinning the wheels.

**OR-203. Reckless Driving**

Operation of any vehicle carelessly and willfully or wantonly disregarding the rights or safety of others or in a manner so as to endanger any person or property is considered reckless driving.

**OR-204. Backing Up of Vehicles**

When the roadway, district or shop area is known to be clear, a vehicle may make a back-up movement operating at a speed that will enable the Operator/Employee to stop short of any person or obstruction.

If it becomes necessary to back up, the Operator/ Employee should attempt to enlist the assistance of a responsible person to serve as a guide.

When no assistance is available, the following actions apply:

1. The hazard lights must be turned on.
2. Prior to commencing movement, the Operator/Employee must disembark and check that the route and distance to be reversed is free of obstructions.
3. Upon commencing movement, the horn must be sounded frequently.
4. The mirrors must be used continuously to observe for any persons or unforeseen obstructions.

**OR-205. Operation at Railroad Crossings**

Operators/Employees of buses/trackless trolleys must stop at all railroad crossings. When stopping, the stop must be made no closer than 15 feet or no further then 50 feet from the nearest rail. The Operator/Employee must look in each direction and not proceed until it is ascertained that no trains or equipment are approaching.

Prior to stopping the vehicle, the hazard lights must be activated and remain activated until the vehicle has completely passed beyond and is clear of the crossing.

Once the vehicle is stopped, the driver side window and the front doors must be opened to look and listen for approaching trains. Before proceeding, the doors must be closed. The Operator/Employee MUST NOT PROCEED to occupy the crossing until it is known that there is sufficient room to clear the fouling point of the tracks on the opposite side.

In the event the bus/trackless trolley becomes stalled on a railroad crossing, the Operator/Employee shall first instruct passengers to disembark and move clear of the track area. The Operator/Employee must provide flagging protection against approaching trains by passing a hand signal to stop. Where possible, the Operator/Employee should be moving in the direction of the approaching train. (NOTE: Railroad operating rules prescribe that any object waved violently by anyone on or near the track is a signal to stop.) The Operator/Employee shall notify the Control Center immediately once passengers are safely in the clear and no collision is imminent.

Buses/Trackless Trolleys are NOT required to stop at a railroad crossing under the following conditions:

1. A police officer or a crossing flagman is directing traffic to proceed.
2. The crossing is a "fenced" crossing.
3. The crossing is designated as "Exempt".
4. The crossing is known to be abandoned.

**OR-206. Passing Rail Vehicles**

A vehicle is permitted to pass rail vehicles when it is safe to do so.

A vehicle is prohibited from passing a rail vehicle while the rail vehicle is being operated over a facing point switch.

**OR-207. Safe Following Distance After Stopping**

When buses/trackless trolleys are following other vehicles and those vehicles are stopped, extreme caution must be exercised upon restarting the bus/trackless trolley. When starting, a bus/trackless trolley must allow a minimum of 4 seconds for the vehicle in front to pull away before proceeding, thereby minimizing the possibility of a false start.

When the spacing gap widens between the bus/trackless trolley and the vehicle in advance, the Operator/Employee must exercise extreme caution, being on the lookout for other motorists attempting to occupy the spacing gap.

**OR-208. Roadway Operation - Designated Route/Express Operation**

The following procedures apply to all vehicles when operating on any/all roadways:

A. **ENTERING, LEAVING, OCCUPYING ROADWAY**

1. When entering or leaving a roadway, turn signals must be activated to signal intent.

2. While occupying the roadway, buses/trackless trolleys must operate in the right lane except for the period of time actually needed to exit to the left, when necessary.

3. While occupying the roadway, buses/trackless trolleys must operate in the right lane except when passing; after passing, vehicle must return to the right lane.

4. Buses/trackless trolleys must maintain a distance of at least one second for every 10 foot of vehicle and additional second if operating over 40 mph, behind the preceding vehicle.

B. **DISABLED OR STOPPED ON ROADWAY**

1. If a bus/trackless becomes disabled, or it becomes necessary to stop while operating, (excluding passenger stops):

   a. The bus/trackless trolley must be positioned off the roadway and as far to the right as possible.

   b. Hazard lights must be activated immediately and triangles must be placed at proper distances in accordance with **OR-301**.

   c. The Control Center must be contacted immediately. If necessary, the Operator/ Employee must flag down a police car, another bus/ trackless trolley, or a motorist and request assistance in establishing communication via emergency phone box.

d. When assist vehicle arrives, the Operator/Employee must assist passengers to board; when transferring passengers to the assist vehicle, passengers must be kept off the highway area.

During the time period the vehicle is standing disabled or stopped, the Operator/Employee must attempt to keep passengers from leaving the vehicle for their own safety. Passengers must not be left stranded on disabled vehicles. The Operator/Employee must remain with the disabled bus/trackless trolley until receiving further instructions from the Control Center. If necessary, the Operator/Employee should assist the Operator/Employee of the rescue vehicle to get back into traffic.

2. In the event another bus/trackless trolley is encountered which is disabled or stopped, the Operator/Employee of the approaching bus/trackless trolley must pull over in front of the disabled bus/trackless trolley to render assistance to passengers. If necessary, passengers must be transported off the expressway either along the approaching Operator/Employee's route, or, if deadheading, along the route originally intended for the disabled vehicle to the next transfer point.

**(Note: If all passengers cannot be transferred to one bus/trackless trolley, the Operator of the disabled bus/trackless trolley shall, where possible, stop another approaching bus/trackless trolley for the remaining passengers after the first bus/trackless trolley has departed.)**

**OR-210. Obstructions on Street**

Vehicles must not be operated over foreign objects, which might damage equipment. Employees shall stop and remove such obstacles before proceeding.

If this is impossible, approach object cautiously, stopping frequently to determine if clearance is adequate. Report condition to Control Center as promptly as possible.

All Operators/Employees shall avoid striking curbs, potholes, and objects in the street, broken glass or other material that would damage tires or equipment.

Damaged overhead is to be reported to Control Center promptly in order that corrective measures may be taken.

**OR-211. Prohibiting Vehicle Operation With Doors Open**

Operators/Employees are prohibited from moving any vehicle while the door(s) remain open.

Before commencing movement, they must ensure that all doors are properly closed and that no passengers or articles have been caught or wedged in any door.

Doors must not be opened prior to coming to a complete stop.

**OR-212. Passenger Stops**

Passengers are only permitted to board and alight vehicles at authorized transit stops.

However, between the hours of 9:00 PM and 5:00 AM daily, operators are permitted to discharge passengers, (upon the passenger's request), anywhere along the route when and where it is safe to do so. Boarding of vehicles will continue to be at designated transit stops only.

*Frontier District* vehicles may stop during all hours at non-posted locations to board and alight passengers providing it is safe to do so.

Operators are required to stop at all authorized transit stops where passengers wish to board/alight.

While at terminals, loops and recovery areas operators may stop to board/alight passengers after departing from the designated berthing area between the hours of 9:00 PM and 5:00 AM daily.

**OR-213. Accommodating Passengers**

Operators of buses/trackless trolleys are governed by the following rules pertaining to accommodating passengers.

1. During the wide headway periods such as the base day or evening, operators should make every effort to wait for passengers obviously running to board your vehicles.
2. Operators are permitted to pass up passengers only under the following conditions:
   a. When behind schedule and your follower is within the same city block, proceeding at least as far as your destination – you may skip every other stop.
   b. In emergencies, when so ordered by a Supervisor.
   c. When under emergency conditions or the vehicle is unfit for service **(DISPLAY "SEPTA, TAKE NEXT BUS or "OFF-DUTY").**
3. Operators must be on the constant lookout for prospective passengers whose attention may be diverted away from the vehicle at the time it arrives.
4. Where different routes operate, or have different destinations, no vehicle should bypass a passenger stop.
5. All trackless trolleys are considered "IN-SERVICE" on pull-in and pull-out trips, and are expected to pick up and discharge passengers in accordance with these regulations.
6. Where schedule notes provide for one vehicle to wait for the passengers from another vehicle, passengers must be accommodated until the relief vehicle arrives.
7. When on recovery at all terminals, loops and other designated recovery areas, the next vehicle scheduled to leave must be pulled up to the stand and the doors must be left open, allowing passengers to board, (regardless of your scheduled lunch), and in accordance with **Rules OR-154 and OR-155.**

8. Wherever there are known locations of interchange between Authority vehicles, operators should make a point of waiting for approaching vehicles.

9. Interchanging is particularly important to prospective passengers during the owl period, and operators must familiarize themselves with those locations having TRAIN ARRIVING LIGHTS – which are intended to facilitate boarding of Bus Operations vehicles by Subway-Elevated or Norristown High Speed Line passengers.

10. When joint fare arrangements have been made particularly with the Railroad commuter lines, operators must listen for approaching trains and watch for prospective passengers desiring to transfer; Operators must WAIT until such passengers board the desired vehicle.

11. Passengers who desire to alight must always be allowed to do so at a designated stop as long as it is safe. When necessary, because of street condition and other such hazards, it would be proper to carry the passenger beyond the hazard; extra care must be exercised in passengers boarding and alighting in areas where courtesy stops are permitted.

12. On express routes, passengers are permitted to alight only in the local zone, unless the operator has failed to properly announce the **express service**, or in the case of an honest mistake on the part of the passenger who should then be allowed to alight in the express zone.

13. Buses/trackless trolleys must be curbed whenever possible when boarding or discharging passengers no less than six inches from the curb. If it is not possible to curb the vehicle, operators should never nose dive into the transit stop, but should align the vehicle adjacent to and four feet from the curb.

**OR-214. Delay to Schedule**

Operators must advise the Control Center of interruptions, or any known condition that will delay the vehicle or prevent it from maintaining schedule. Including but not limited to:

1. All standing delays in excess of 5 minutes
2. All running delays to schedules of 10 minutes or more,
3. All delays of 2 minutes or more when relief does not show or is unfit for duty,
4. Whenever a line diversion is required.

**OR-215. Schedule Maintenance**

1. Operating ahead of schedule without specific supervisory orders is strictly forbidden.

2. A vehicle must not leave the district, loop, terminus or intermediate time check point ahead of its scheduled leaving time unless specifically authorized by the Control Center or other authorized personnel.

3. Vehicles must be properly spaced apart to provide service in an efficient manner.

4. Each trip must be completed as scheduled unless a Supervisor orders a line cut.

5. When running late, a reasonable effort must be made to get back on schedule, including passing the bus/trackless trolley ahead, consistent with safe operations.

**OR-216. Hand Signals to Pedestrians**

Operators/Employees are prohibited from giving hand signals to pedestrians, motorists, or other users on streets or on other roadways.

**OR-217. Pedestrian Hazards**

Operators/Employees should prepare to stop their vehicle at all intersections and service stops occupied by passengers/pedestrians.

1. It must be remembered that many pedestrians do not or will not pay attention to your horn, or to traffic signals.
   Also remember that some of them are deaf, some mentally deficient, and that thousands of people are using the streets whose age, infirmities, and physical defects might throw all the responsibility of an accident on the Operator/Employee of the vehicle.

2. Be especially careful when two or more people are crossing the street together. Quite often when a vehicle approaches, one person may stop and one go on, or they may go in opposite directions.

3. It is the moral duty of every Operator/Employee to be on the alert for children playing in the streets and to remember that they may dash out from the sidewalk or from behind parked cars.

4. Be alert for passengers that have just exited your vehicle.

**OR-218. Roof Hatches**

Operators/Employees are permitted to operate vehicles with roof hatches open when conditions warrant.

Whenever roof hatches are opened, the Operator/Employee must notify the Control Center as soon as practical without delaying the schedule.

**Note: When storing the vehicle, roof hatches must be closed.**

**OR-219. Sounding of Horns**

Vehicle horns are to be sounded only when necessary. Continuous use of horns for purposes other than to avoid accidents is prohibited and is a violation of a City, Township or Boro Ordinance.

## OR-220. Summons for Motor Vehicle Code Violations

1. The Operator/Employee of any SEPTA vehicle is fully responsible for settlement of Motor Vehicle Code violation summonses even though his summons might be directed to SEPTA rather than the individual Operator/Employee.

   Such would be the case whenever the issuing officer was unable or not required to stop the vehicle. Typical summonses for response usually are moving violations and involve speeding, running a stop sign or traffic light, parking in a no stopping zone, or making a passenger stop at a non-designated place or too far from the curb, and "Idling of Buses". SEPTA is only responsible for those non-moving violations wherein the citation involved the condition of the equipment or any procedure which is ordered by SEPTA.

2. Whenever a summons is received for a moving violation directed to SEPTA or to the employee, the employee is fully responsible. When SEPTA is named on the summons, an affidavit will be sworn to before a Notary Public transferring the summons to the individual employee who was personally responsible. Thereafter the employee will be legally responsible for the proper settlement.

## OR-221 Turn Signals

When operating any Authority vehicle the turn signals must be used as a way of communicating with other motorists and to ensure safe operation.

Turn signals must be used when:

1. Changing lanes
2. Turning at an intersection
3. Entering or exiting a highway
4. Pulling to curb at a transit stop
5. Pulling away from curb at a transit stop
6. When pulling off/onto the road for any reason

**OR-222 Passenger Stops While on Detour**

Operators on diversion are required to board/alight passengers at any authorized transit stop for any other transit route. However, in the absence of an authorized transit stop, operators are permitted to board/alight passengers at (a) intersections with other transit routes, (b) other major intersections or (c) wherever it is safe to do so.

## TRACKLESS TROLLEY OPERATION

### OR-250. Special Work

1. Coaches must be operated through special work at slow speed only, with power off at overhead wire crossing to avoid damaging overhead construction or vehicle electrical systems.

2. Power must be off when passing under section insulator, indicated by a letter "O" sign.

3. Coaches operating on straight wire must not enter area of a crossover while another coach is passing through, i.e., "taking" the crossover. Exceptional care must be employed in operating through temporary crossover, to avoid possible damage to equipment or overhead wire.

### OR-251. Line Crew at Work

When Operators/Employees approach an area where linemen are at work and it is necessary to remove trolley pole from wire, they shall stop their car a sufficient distance from area involved to permit the cars, after restarting, to attain sufficient speed to coast through section without power. Operators/ Employees shall wait for signal from line crew to proceed.

### OR-252. Damaged Wires

1. Employees encountering broken electric wires, or wire hanging in such position as to endanger passengers, shall immediately contact Control Center. They shall take precautions meanwhile to prevent persons and vehicles from coming into contact with wires. If there is a police officer or authority Representative present, the situation may then be left in his/her hands

2. No employee whose duties do not include such work is required to endanger his own safety by attempting to repair or to remove fallen wires. When, however, a "live" wire is in actual contact with the vehicle, it is important that the contact be broken as quickly as possible. This may be accomplished with the aid of a dry broom, dry board, or a piece of dry rope thrown about the wire in such a way as to permit it to be pulled free. If the wire will not hang clear, it should be held away from the vehicle with the aid of a dry broom, dry board, or dry rope until the Emergency Crew arrives.

**OR-253. Street Excavations**

1. Exceptional care must be exercised in passing over or around all street excavations. Warning of approach is to be given by repeated sounding of horn. Vehicles should be stopped clear of excavations for passengers either to board or alight.

2. Where employees are at work, on or about the roadway, the coach speed shall be reduced and the work area approached cautiously with horn being sounded. The Operator/Employee must be prepared to stop at any time. If workers fail to move to a point of safety, the vehicle must be brought to a full stop.

**OR-254. Placing Pole on Wire**

1. Before placing pole on wire, make sure brakes are set.

2. Place the negative (right) pole on wire first. Place the positive (left) pole on last.

3. If a pole de-wires at night and vehicle should go into darkness, the pole must be replaced as quickly as possible. First thought must be given to the rear end protection in every case where the view of approaching vehicles is obscured due to darkness, fog or stormy weather.

**OR-255. Preferential Bar Signal**

**Vertical Bar:**

Provides indication that the trackless coach may proceed.

**Horizontal Bar:**

Provides indication that the trackless coach may not proceed and must stop.

## PROTECTION OF VEHICLES

### OR-300. Requirement to Protect Vehicles

When condition(s) exist that jeopardize the safety to persons on board the vehicle, the vehicle must be protected and the Control Center must be notified immediately.

When a vehicle is disabled, Operators/Employees must immediately protect the vehicle by placing warning devices and activating the hazard lights.

### OR-301. Placement of Warning Devices

In accordance with CDL regulations, when a vehicle is disabled or stopped on the road or on the shoulder of a road, reflective warning devices must be placed immediately.

When placing the devices, the Operator/Employee must hold the reflective device between himself or herself and the oncoming traffic so other drivers can see the device.

A total of 3 devices must be placed as follows:

TWO LANES OR UNDIVIDED HIGHWAY -- 1 device on the traffic side of the vehicle, within 10 feet of the left rear corner; 1 device 100 feet ahead, 1 device 100 feet behind the vehicle.

ONE-WAY OR DIVIDED HIGHWAY -- All devices placed in the direction of the approaching traffic at intervals of 10 feet of the left rear corner, 100 feet of the center rear, and 200 feet of the right rear corner.

OBSTRUCTED VIEW/HILLS OR CURVES -- 1 device placed behind the vehicle at 10 feet of the left rear corner, 2 devices placed 100 feet to 500 feet to give sufficient advanced warning to approaching vehicles.

**(Note: Refer to "Commercial Driver's Manual", Commonwealth of Pennsylvania.)**

## FARE PROCEDURES

### OR-400. General Policy on Fare Collection

Employees are governed by the instructions of the Revenue Department for their mode of operation concerning the collection of fares.

Fare collection must be in the form of cash, token, ticket, transfer, or valid pass. Passage for children accompanied by a parent or adult is governed by the instructions for the mode of operation.

Employees must attempt to collect or examine the required fare instrument from all individuals utilizing the transportation system.

Passengers unable to pay the fare shall be permitted to ride. Employees shall attempt to obtain the name and address of the individual. If obtained, it must be turned into the designated official.

In the event the individual refuses to present a valid fare instrument or refuses to give information if unable to pay fare, the individual must be informed that he or she is not entitled to ride in accordance with standard Authority policy. The employee must be as cordial as possible when refusing passage to such individuals or when requesting that the individual disembark from the premises, vehicle or equipment. Employees must avoid, to the best of their ability, any confrontation with another individual concerning the evasion of or the inability to pay fares. If the employee fears at any time that a confrontation will result and the employee's safety may become jeopardized, the employee must not pursue the matter any further. If, in the judgement of the employee, it has become critical that the individual be removed from the premises, vehicle or equipment, the employee shall immediately request the assistance of a supervisor or police officer. Incidents of the above nature must be reported to the immediate supervisor as soon as practical.

Fare collections during periods of emergencies are subject to the instructions of supervision. In the event that passengers are being transferred from one mode of transportation to an alternate mode of transportation, employees receiving such transfer of passengers shall accept them without further payment of fares on orders from any authorized representative of the Authority.

**OR-401. Familiarization With Fare Policies**

Operators must be familiar with the fare zones and with transfer points for interconnecting routes, and all fare instruments and procedures.

**OR-402. General Instructions For Farebox Collection**

Operators are governed by the following pertaining to farebox collection:

1. Each cash or token fare must be deposited in the farebox by the passenger. Operators are prohibited from handling or depositing a fare. **(Exception: Operators are permitted to handle the fare of a person who is blind, physically challenged, visibly intoxicated or impaired, or otherwise unable to place the fare in the farebox; in such instances, the Operator must immediately place the fare in the farebox.)**

2. Operators must inspect each fare for validity as it is deposited and request the correct fare, if necessary; they are required to "dump" each fare after inspection.

3. No unauthorized object is permitted to be kept on any part of the farebox.

4. Operators must never allow transfers to become separated from their person; they must never leave transfers on an unattended vehicle; unused transfers must be turned in at the completion of the assignment; all transfers collected must be torn up upon receipt.

5. Foreign objects dropped in the farebox may be returned by having the passenger provide to the Authority their name, address, telephone number, and a detailed description of the object; Operators should immediately report the incident to Control Center and complete an incident report prior to reporting off duty.

6. Operators are required to activate the farebox by logging on when beginning their assignment. Operators are required to deactivate the farebox by logging off upon completion of their assignment or when otherwise required.

**OR-403. Inoperable Farebox**

Fareboxes, which are inoperable, must be immediately reported to the Control Center. The vehicle must remain in service until instructions are received from the Control Center concerning the collection of fares.

Operators must inform passengers who board that they should pay for the fare on the next vehicle they ride. (NOTE: It is not permitted to hand-collect fares or sell transfers.)

Defective fareboxes must be reported on the **Vehicle Condition Report**.

**OR-404. Emergency Transfers From Other Vehicles**

Operators receiving transferred passengers from other Authority transportation vehicles or equipment will accept them without payment of fares. This applies only to those passengers who have previously paid on the other vehicle.

In the event that the vehicle is turned back or removed from service, and the Operator is not in a position to oversee the transfer of passengers or an Authority transportation manager is not on the scene, the Operator will issue emergency transfers to indicate the fares have been paid.

Emergency transfers are valid for fare, which permit entry on one vehicle, not multiple vehicles.

**OR-405. Issuing Transfers**

Time on transfers should be cut to show 1/2 hour on weekdays and one hour on weekends, after a trip is scheduled to arrive at its destination. Transfers must be properly punched to show the route being operated and must indicate the proper day.

**OR-406. Police Officers and Other Uniformed Personnel**

Police Officers who have proper identification or are in uniform are permitted free passage on all Authority vehicles.

Other uniformed personnel are only permitted free passage when specifically authorized by the Authority to have such privilege.

**OR-407. Counterfeit Money**

Employees must politely refuse to accept any counterfeit coin or bill offered for fare. Except where special instructions have been issued, employees shall not order the arrest of passengers who tender counterfeit money in payment of fare. If the facts warrant bringing a case to the attention of government authorities, a report should be submitted to the Director. Employee may be held responsible for acceptance of counterfeit coins or currency.

## MAINTENANCE OF VEHICLES

### OR-600. Performance Standards

The Authority establishes performance standards for specific assignments. Performance standards are defined as the amount of time an assignment should be properly completed. The Authority retains the right to change performance standards.

Employees must complete assigned work in conformance with the established performance standards. Employees are required to immediately notify their supervisor of any condition(s) that may prevent them from completing their assigned work in accordance with its established performance standards. Employees are responsible to notify their immediate supervisor if they are unsure of the performance standard for their assignment.

Employees who fail to meet performance standards for their assignment are subject to disqualification from their present job classification and/or reassignment.

### OR-601. Responsibility to Report to Supervisor Upon Completion of Assignment

Employees are required to promptly report to their immediate supervisor, upon completion of any work assignment.

### OR-602. Spill Containment Response

Employees are required to apply absorbent material to any liquid or fluid spilled on floors, steps, or pits and must immediately report the condition to their immediate supervisor. In addition, depending upon the severity of the spill, employees may be required to utilize the "spill response kit".

### OR-603. Required Safety Equipment

Employees are required to use all available safety equipment including but not limited to, face-shields, goggles, gloves, safety shoes and jack stands.

**OR-604. Utilizing/Returning Proper Tools**

Employees are required to obtain or use proper tools and/or equipment to perform assigned work.

Employees are required to return tools, (personal or Authority owned), or equipment to its proper place after use.

**OR-605 Substandard Performance**

Employees are required to perform assigned work in an efficient, thorough, complete, orderly and competent manner. Work, which is deemed as unacceptable, will be considered substandard performance.

**OR-606 Time Card**

Employees are prohibited from recording, punching and/pr stamping the time card of another employee and from tampering with and/or altering any time cards, time clocks, or payroll cards.
**(Dischargeable)**

***THIS PAGE***

***INTENTIONALLY***

***BLANK***