# EXHIBIT B

EAGLE ENTERPRISES 856-427-0787

# CDL PRE-TRIP/RELIEF STATE INSPECTION CHECK LIST

## Required Items to Check

| | OK | NOT OK |
|---|---|---|
| 1. Service/Parking Brakes | ☐ | ☐ |
| 2. Air Pressure | ☐ | ☐ |
| 3. Steering Mechanism | ☐ | ☐ |
| 4. Lights & Reflectors | ☐ | ☐ |
| 5. Horn | ☐ | ☐ |
| 6. Windshield Wipers | ☐ | ☐ |
| 7. Rear Vision Mirrors | ☐ | ☐ |
| 8. Wheels, Rims & Tires | ☐ | ☐ |
| 9. Emergency Equipment | ☐ | ☐ |
| 10. Vehicle Registration & Insurance Card | ☐ | ☐ |

## Other Items To Be Checked

| | OK | NOT OK |
|---|---|---|
| 1. Seat Belt | ☐ | ☐ |
| 2. Chock | ☐ | ☐ |
| 3. Doors | ☐ | ☐ |
| 4. Radios | ☐ | ☐ |
| 5. P.A. System | ☐ | ☐ |
| 6. Destination Signs | ☐ | ☐ |
| 7. Fare Box | ☐ | ☐ |
| 8. Lift/Securement Device | ☐ | ☐ |
| 9. Signed Previous VCR | ☐ | ☐ |

Operator Signature ______________________

Account Number ______________________

Relief Operator ______________________

Account Number ______________________

Route/Block ______________________

Date ______________ Bus # ______________

Southeastern Pennsylvania Transportation Authority
*Safety • Service • Continuous Improvement*

© SEPTA F0426 / REV. 3/1/03

**Note Scratches with a Line ( — ) and Dents with an ( X )**

**Front**



**Rear**



**Right Side**



**Left Side**



# EXHIBIT C

## THE SKILLS TEST

The Skills Tests is made up of three separate tests: a Pre-Trip Inspection, Basic Control Maneuvers, and a Road Test. The information contained below identifies the information that you will have to know in order to pass the Skills Test.

**VEHICLE PRE-TRIP INSPECTION**
For the vehicle examination you will have to conduct a thorough inspection of the vehicle. You may use a memory aid. As you do the inspection, point to or touch the items you are inspecting, and explain what you are looking for. Begin with the start-up check, then turn off the engine and continue the inspection. You can use the Pre-Trip Inspection Checklist to help you prepare for the pre-trip exam.

**PRE-TRIP INSPECTION CHECKLIST (TRANSIT BUS)**

| ITEM | DESCRIPTION / PROCEDURES | WHAT YOU HAVE TO DO TO PASS |
|---|---|---|
| **OUTSIDE INSPECTION (Engine shut off)** <br> **FRONT OF VEHICLE** | | |
| **LIGHTS AND REFLECTORS** | Headlights, turn signals, marker lights and reflectors | Check that all reflectors and lights are clean; none are missing or broken; and proper color (marker lights: red on rear, amber elsewhere). |
| **WINDSHIELD** | Windshield | Check for cracks, dirt, and valid inspection sticker or other obstructions to view. |
| **WIPERS** | Windshield wipers | Check for worn or cracked rubber on blades; blades secure on wiper arm. |
| **LEFT SIDE OF VEHICLE** | | |
| **MIRRORS, DRIVER'S WINDOW** | Side mirrors for rear view of traffic<br><br>Driver Window | Check for proper adjustment; not cracked or loose (fittings); visibility not impaired due to dirty mirrors.<br>Driver window not cracked or broken and works properly |
| **LIGHTS/REFLECTORS** | All exterior lights and reflectors | Check for broken lenses, proper color, etc. |
| **TIRES** | Front tires | Check tread depth (see Note); tire inflation (see Note); tread evenly worn; look for cuts or other damage to the tread or walls; valve cap and stem are not missing, broken or damaged; retread not separating from tire (no retreads on front wheels).<br>**NOTE:** Minimum tread depth is 4/32 on front tires and 2/32 on rear tires. A tire mallet can be used to check that the tire is not flat. Do not kick a tire to check if it is flat. |
| **RIMS** | Retain tires on all wheels | Check for damaged or bent rims; no weld marks; no rust trails that indicate rim is loose. |

| ITEM | DESCRIPTION / PROCEDURES | WHAT YOU HAVE TO DO TO PASS |
|---|---|---|
| **LUG NUTS** | Hold wheel on axle. | Check that all lug nuts are present; that lugs are not loose (look for rust trails around nuts); no cracks radiating from lug bolt holes, nor distortion of the bolt holes. |
| **HUB OIL SEAL** | Seals in lubrication for wheel hub. | Check wheel hub oil seal is not leaking. |
| **AIR-LEAKS** | Front & Rear<br>(Air brake and suspension systems) | No audible air leaks from air brake system, or from suspension system air bags. |
| **PASSENGER WINDOWS AND COMPARTMENTS** | All windows and compartments | Check windows and compartments are secure. |
| **REAR WHEEL ASSEMBLY** | Tire, lug nuts and hub oil seal | Examine rear wheel assembly as done for front wheel, tread depth of 2/32 or more is permitted, along with retreads and we use Budd rims so spacers are not required. |
| | **<u>REAR OF THE VEHICLE</u>** | |
| **COMPARTMENT DOORS** | Engine and Air Tank compartment doors | Check that both compartment doors are secure |
| **ENGINE LEAKS** | Leaks under engine | Check for leaks of Coolant, Oil and Transmission Fluid |
| **LIGHTS / REFLECTORS** | Brake lights, rear signal lights, and hazard lights. | Check for correct lens color and broken lenses, etc. |
| | **<u>RIGHT SIDE OF VEHICLE</u> - Check same items as left side with the addition of:** | |
| **CENTER DOORS** | Center passenger doors | Check to see that the doors close securely. |
| **FUEL TANK** | Holds fuel | Check that tank cap is secure and there are no leaks. |
| **DOORS AND MIRROR** | Front doors and outside mirror | Check that doors are securely mounted, mirror is not cracked, loose or dirty. |
| | **BUS INTERIOR – DRIVERS COMPARTMENT** | |
| **START-UP CHECK** | Various operator compartment functions. | Before starting engine, ensure parking brake is applied, gear shift selector is in neutral, and wheel chocked. |
| **START ENGINE** | Start the engine. | Start the engine |
| **STEERING PLAY** | Check for excessive looseness in the steering linkages. | Power steering check, with engine running move steering wheel from left to right and note degree of free play that occurs before front left wheel barely moves, should be less than 5-10 degrees. |

| ITEM | DESCRIPTION / PROCEDURES | WHAT YOU HAVE TO DO TO PASS |
|---|---|---|
| **AIR BRAKE CHECK** | Procedures to be followed in checking air brake system.<br>Failure to properly perform the air brake check is an automatic failure for the vehicle inspection portion of the CDL test. | 1. Check that the air pressure is between 105-125 psi, chock wheel and shut off engine.<br>2. Listen for audible air leaks in the braking and suspension systems.<br>3. Turn master control switch to Night Run. Release parking brake, the loss rate should be less than 2 psi in one minute.<br>4. Make full application of service brake, the loss rate should be less than 3 psi in one minute.<br>5. Pump service brake, when air pressure reaches 60 psi, the low air light and alarm should come on.<br>6. Continue to pump service brake until spring brake applies (20-40 psi).<br>7. Start engine and build air pressure, the low air pressure warning device should go off between 60-80 psi, continue building the air pressure to 85 to 100 psi within 45 seconds, continue building air pressure until the governor cuts out the air compressor.<br>8. Remove chock then check parking brake by placing transmission in drive and lightly accelerate, parking brake must hold bus.<br>9. Check service brake by releasing parking brake and moving forward. At 5 mph apply service brake and stop, check that the bus stops normally and the steering wheel does not pull left or right.<br>10. Place transmission in neutral, apply parking brake, and chock wheel. |
| **MIRRORS** | Inside Mirrors: Rear view, relay, front and center stepwell. | Check for proper adjustment; not cracked or loose; visibility not impaired due to dirty mirrors. |
| **WINDSHIELD** | Windshield | Check for cracks, dirt, and other obstructions to view. |
| **WIPERS** | Windshield wipers and washer | Check that they operate properly. |
| **VOLTMETER** | Shows if alternator is functioning. | Check that gauge shows alternator is charging (24-28 volts). |
| **LIGHTING INDICATORS** | Dashboard indicator telltale lights. | Check that indicators illuminate when corresponding lights are turned on, check high beams, turn signals and hazard lights. |
| **OIL PRESSURE BUILDS** | Engine oil pressure is adequate. | Check that oil pressure is building to normal; the warning light goes off. |
| **HORN(S)** | Horn for warning other drivers or pedestrians. | Make sure that it works properly. |
| **HEATER/DEFROSTER** | Heats cab or passenger compartment, and defrosts windshield. | Check that heater/defroster is working. |

| ITEM | DESCRIPTION / PROCEDURES | WHAT YOU HAVE TO DO TO PASS |
| --- | --- | --- |
| **ALL LIGHTS** | Headlights, turn signals, marker, ID, brake, rear signal and hazard lights. | Driver must activate lights, the examiner will check from outside to see if they are working. |
| **SAFETY/EMERGENCY EQUIPMENT** | Equipment for use during breakdown, or at an accident scene. Turn on your interior lights and activate your front and center doors. | Check for 3 red reflective triangles; properly charged and rated fire extinguisher (A.B.C). Also, open 2 emergency exits (window, roof hatch, or center doors). Buses do not require fuses. |
| **INSIDE OF VEHICLE** | Passenger area | Check condition of seats, passenger entry/exit, stanchions, floor, and interior lights. Record any defects or irregularities. |